# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                            NO. 4:10CR00034 JLH

JOHN R. MILLS                                                                DEFENDANT

## **ORDER**

John R. Mills has filed a *pro se* motion for early termination of supervised release. Document #29. The Court directs the Clerk to send a copy of the motion, along with a copy of this Order, to John Ray White, Chief of the Criminal Division for the United States Attorney for the Eastern District of Arkansas. The government is directed to respond to the motion, after consulting with the probation office, on or before August 19, 2013.

IT IS SO ORDERED this 26th day of July, 2013.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE