# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 4:10CR00034 JLH

JOHN R. MILLS                                                                                DEFENDANT

## **ORDER**

John R. Mills has filed a motion for early termination of his supervised release. Early termination of supervised release is governed by 18 U.S.C. § 3583(e)(1), which provides that the Court may terminate a term of supervised release any time after the expiration of one year of supervised release, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), provided that the Court is satisfied that such action is warranted by the conduct of the defendant and is in the interest of justice.

On October 26, 2010, the Court sentenced Mills to 41 months incarceration in the Bureau of Prisons, to be followed by three years of supervised release, and restitution in the amount of $3,170,834.20, for the offense of aiding and abetting bank fraud in violation of 18 U.S.C. § 1344 and 2. On October 21, 2011, Mills' sentence was reduced to 20 months incarceration, and the amount of restitution was reduced to $2,842,549.48. Mills' supervision began on June 15, 2012, so Mills has completed slightly more than one year of supervision. He has complied with all terms of supervision. He has paid restitution in the amount of $2,291.88, leaving a balance of $2,840,257.60.

After considering the relevant factors under section 3553(a), the Court is not convinced that it is in the interest of justice to terminate Mills' supervision after only 14 months. His motion for early termination of supervised release is therefore DENIED. Document #29.

IT IS SO ORDERED this 21st day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE